# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | SURGICAL SPECIALTY HOSPITAL OF ARIZONA, LLC |
| **Case Number:** | 2:13-BK-20029-DPC   **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 17, 2014 03:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

HEARING ON CONFIRMATION OF CHAPTER 11 PLAN   ( SUSAN GOODMAN - T )

R / M #:   0 / 0

## Appearances:

CAROLYN J. JOHNSEN, ATTORNEY FOR SURGICAL SPECIALTY HOSPITAL OF ARIZONA
ROB SCHULL, ATTORNEY FOR SURGICAL SPECIALTY HOSPITAL OF ARIZONA
BRAD COSMAN, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
JAY BENDER AND SCOTT BROWN, ATTORNEYS FOR SURGICAL CARE AFFILIATES
JASON CURRY, ATTORNEY FOR WELLS FARGO BANK
LARRY WATSON, ATTORNEY FOR U.S. TRUSTEE
SUSAN GOODMAN, PATIENT CARE OMBUDSMAN
SCOTT COWAN, ATTORNEY FOR SSHA
SUSAN GOODMAN, PATIENT CARE OMBUDSMAN

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...    2:13-BK-20029-DPC          WEDNESDAY, DECEMBER 17, 2014 03:30 PM

*Proceedings:*

Ms. Johnsen advises the objection to plan confirmation filed by the Maricopa County Treasurer has been resolved.  Ms. Johnsen goes through the background of the Chapter 11 case and presents an overview of the Chapter 11 Plan.  She advises no ballots were mailed, and sh discusses the management of the reorganized Debtor and talks about funding of the plan.

Exhibits A through E are marked for identification.  Ms. Johnsen calls Mr. David Gonzalez to the stand, the witness is sworn and examined.  Ms. Johnsen moves to admit Exhibit A, B, C, D AND E  into evidence.

COURT:  IT IS ORDERED ADMITTING EXHIBITS A, B, C AND D  INTO EVIDENCE.

Mr. Gonzalez is excused and steps down.  Ms. Johnsen calls Mr. Andrew Rosen to the stand, the witness is sworn and examined.  Ms. Johnsen moves Exhibit E into evidence.

COURT:  IT IS ORDERED ADMITTING EXHIBIT E INTO EVIDENCE.

The witness is excused and steps down.

Ms. Johnsen discusses the Stipulations for Relief from Stay entered into between Debtor, Tashiana Adams, Donald and Sophia Shore.  Ms. Johnsen argues the elements of 11 U.S.C. § 1129 have been satisfied and she urges the Court to confirm the Chapter 11 Plan. She advises Surgical Care Affiliates are prepared to close on December 31 ,2014.

Mr. Bender advises he did review the confirmation order and the changes discussed in Court are acceptable.

Mr. Curry acknowledges the lack of communication with the Debtor and he places his objection to confirmation on the record.  In addition to the refinancing issue there is no evidence as to feasibility.  Has advises he not seen the lease and he discusses the claim of Wells Fargo.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...    2:13-BK-20029-DPC          WEDNESDAY, DECEMBER 17, 2014 03:30 PM

THE COURT INVITES COUNSEL TO MEET AND CONFER IN THE ATTORNEY CONFERENCE ROOM AND TO REPORT BACK IN THE COURTROOM IN 10 MINUTES.

Ms. Johnsen advises the issues have been resolved and she will lodge the confirmation order with the Court once reviewed and approved by Mr. Curry.

The Court hears from other parties in the courtroom relating to confirmation of the Chapter 11 Plan.

COURT: IT IS ORDERED CONFIRMING THE CHAPTER 11 PLAN OF REORGANIZATION.  THE COURT WILL SIGN AN ORDER WHEN SUBMITTED.