courtdocs@dickinsonwright.com
Carolyn J. Johnsen (#011894)
DICKINSON WRIGHT PLLC
1850 N. Central Ave., Ste. 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100
cjjohnsen@dickinsonwright.com
*Attorneys for the Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SURGICAL SPECIALTY HOSPITAL OF ARIZONA, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>No. 2:13-bk-20029-DPC<br><br>**NOTICE OF OCCURRENCE OF EFFECTIVE DATE AND SUBSTANTIAL CONSUMMATION OF DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED: OCTOBER 8, 2014** |

On December 18, 2014, the Bankruptcy Court entered its Order Confirming Debtor's Amended Chapter 11 Plan of Reorganization Dated: October 8, 2014 [Dkt. #566] ("Confirmation Order"). Pursuant to the Confirmation Order,

**NOTICE IS HEREBY GIVEN THAT** all conditions to effectuate the Debtor's Amended Chapter 11 Plan of Reorganization Dated: October 8, 2014 ("Plan") have been satisfied, and the Plan is deemed "effective" and substantially consummated as of December 31, 2014, the "Effective Date"). Capitalized terms used but not defined in this Notice shall have the meanings assigned to such terms in the Confirmation Order and Plan.

**NOTICE IS FURTHER GIVEN OF THE FOLLOWING BAR DATES SET FORTH IN THE PLAN**:

**Deadline to File Application for Administrative Expenses**

Applications for Administrative Claims shall be filed no later than Friday, January 30, 2015, the date that is 30 days after the Effective Date. If Administrative Claims are not timely filed in accordance with the Plan, they will be forever barred and may not be asserted in any manner; provided, however, that no request for payment shall be required with respect to Administrative Claims that have been paid previously or with respect to Administrative Claims for expenses incurred in the ordinary course of business, unless a dispute exists as to those expenses, or unless the provisions of the Bankruptcy Code require approval or

allowance by the Bankruptcy Court as a precondition to payments being made on that expense.

**Deadline to File Claim for Rejection Damages**

Unless it has done so previously, or unless otherwise ordered previously by the Bankruptcy Court [Dkt. ##118, 204, 308, 309], each counter party to a rejected lease or contract shall file on or before Wednesday, January 14, 2015, the date that is fourteen (14) days after the Effective Date, a proof of claim for any rejection damages. Failure to timely file such proof of claim will result in the establishment of the claim at zero dollars (-0-). The Plan Trustee reserves all rights to object to any proofs of claim.

Any applications or proofs of claim referred to above shall be in writing and filed electronically with the United States Bankruptcy Court for the District of Arizona at http://ecf.azb.uscourts.gov and served on

> Carolyn J. Johnsen
> Counsel for the Plan Trustee
> Dickinson Wright
> 1850 N. Central Avenue, Suite 1400
> Phoenix, Arizona 85004
> cjjohnsen@dickinsonwright.com

**NOTICE IS FURTHER GIVEN** that the Plan Trustee will be responsible for filing any necessary post-confirmation reports, paying any applicable United States Trustee fees, appearing at any post-confirmation status hearings set by the Bankruptcy Court, and for applying for a final decree as appropriate.

DATED this 2nd day of January, 2015.

>  DICKINSON WRIGHT PLLC
>
>  By: /s/ Carolyn J. Johnsen
>   Carolyn J. Johnsen
>   *Attorneys for the Debtor*

PHOENIX 59512-1 191204v1