courtdocs@dickinsonwright.com
Carolyn J. Johnsen (#011894)
**DICKINSON WRIGHT PLLC**
1850 N. Central Ave., Ste. 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100
cjjohnsen@dickinsonwright.com
*Attorneys for the Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SURGICAL SPECIALTY HOSPITAL OF ARIZONA, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:13-bk-20029-DPC<br><br>**STIPULATED ORDER GRANTING RELIEF FROM STAY AND OTHER RELATED RELIEF** |

This matter comes before the Court pursuant to a stipulation entered into by Surgical Specialty Hospital (the "Debtor") and Donald L. Shores, Jr. and Sophia Maria Shores, individually and as husband and wife ("Plaintiffs") regarding relief from the automatic stay imposed by 11 U.S.C. § 362 to permit Plaintiffs to continue with a medical malpractice claim against the Debtor and other defendants in Maricopa County, Arizona Superior Court filed on or about October 22, 2014, and served on the Debtor on or about October 29, 2014 (the "Lawsuit"). The Lawsuit alleges claims against the Debtor that occurred prior to the Debtor's bankruptcy filing on November 19, 2013. The parties have agreed that relief from the automatic stay may be granted so long as the Plaintiffs are restricted to any recovery awarded in the Lawsuit to applicable insurance proceeds alone. Accordingly, the parties have submitted this Stipulated Order. Based on the parties'

1 agreement and the record as a whole, the Court finds and concludes that: (i) the Motion
2 has been properly noticed in accordance with all applicable statutes and rules; (ii) the time
3 for objecting to the Motion has expired and no objections have been filed; (iii) notice and
4 opportunity to be heard complies with applicable law and rules under the circumstances;
5 and (iv) there is cause to grant the relief as proposed in this Stipulated Order.
6 Accordingly,

**IT IS HEREBY ORDERED** that any and all stays, including the automatic stay imposed by 11 U.S.C. § 362(a) are hereby modified, lifted, and terminated to allow Plaintiffs to pursue the Lawsuit so long as Plaintiffs are restricted to any recovery from applicable insurance proceeds. No determination in favor of Plaintiffs, whether by verdict, settlement, or judgment may be satisfied from any of the assets of the Debtor, the Debtor's estate or the Reorganized Debtor in any plan of reorganization. This Stipulated Order is binding on the parties irrespective of the confirmation of any plan of reorganization.

**IT IS FURTHER ORDERED**, waiving and declaring inapplicable the ten-day stay provided under Rule 4001(a)(3), F. R. Bankr. P. and providing that the stay relief granted is immediately enforceable in all respects upon execution this Stipulated Order.

**SIGNED AND DATED ABOVE.**

| ORTEGA LAW FIRM, P.C. | DICKINSON WRIGHT PLLC |
|---|---|
| By: */s/ Daniel R. Ortega, Jr.* | By: */s/ Carolyn J. Johnsen* |
| Daniel R. Ortega | Carolyn J. Johnsen |
| Attorneys for Plaintiffs | Attorneys for Debtor |