courtdocs@dickinsonwright.com
**Carolyn J. Johnsen (#011894)**
**DICKINSON WRIGHT PLLC**
**1850 N. Central Ave., Ste. 1400**
**Phoenix, Arizona 85004**
**Phone: (602) 285-5000**
**Fax: (602) 285-5100**
cjjohnsen@dickinsonwright.com
*Attorneys for the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| | No. 2:13-bk-20029-DPC |
| SURGICAL SPECIALTY HOSPITAL OF ARIZONA, LLC, | **CERTIFICATE OF SERVICE** |
| Debtor. | **[Relates to Dkt. No. 575]** |

I, Lauri Andrisani, do hereby certify as follows:

1.     I am a legal secretary with the law firm of Dickinson Wright PLLC, counsel for the Debtor Surgical Specialty Hospital of Arizona, LLC, and I am authorized to make this certificate on behalf of Dickinson Wright PLLC.

2.     I am a citizen of the United States of America, over the age of 18, and I am otherwise competent to testify to the facts stated herein.

3.     On January 2, 2015, I sent, via U.S. First-Class Mail, postage prepaid, the *Notice of Occurrence of Effective Date and Substantial Consummation of Debtor's Amended Chapter 11 Plan of Reorganization Dated: October 8, 2014* [Dkt. #575], to all parties listed on the Court's Mailing Matrix, to the contracting parties of the Debtor, to the interest holders

of the Debtor, any and all other parties related to these proceedings (matrices attached). I also sent the above-described documents via electronic mail to all parties filing appearances and requesting notice in these proceedings, as follows:

Lori L. Winkelman, Esq.
Jason D. Curry, Esq.
Amy D. Sells, Esq.
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
lori.winkelman@quarles.com
jason.curry@quarles.com
*Attorneys for Wells Fargo Bank, National Association*

Jennifer L. Nassiri, Esq.
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
jnassiri@venable.com
*Attorneys for NUVASIVE, INC.*

Lori A. Lewis, Esq.
MARICOPA COUNTY ATTORNEY
CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004-2206
lewisl01@mcao.maricopa.gov
*Attorneys for Maricopa County Treasurer*

Sean P. O'Brien, Esq.
John A. Nasr, Esq.
GUST ROSENFELD P.L.C.
One E. Washington St., Ste. 1600
Phoenix, AZ 85004-2553
spobrien@gustlaw.com
jnasr@gustlaw.com
*Attorneys for Owens & Minor, Inc.*

Bradley A. Cosman, Esq.
PERKINS COIE
2901 N. Central Ave., Ste. 2000
Phoenix, AZ 85012
bcosman@perkinscoie.com
*Attorneys for the Official Committee of Unsecured Creditors*

Alan A. Meda, Esq.
BURCH & CRACCHIOLO PA
702 East Osborn Road, Suite 200
Phoenix, AZ 85014
ameda@bcattorneys.com
*Attorneys for IceArizona Hockey Co. LP f/k/a Coyotes Newco, LLC*

Scott B. Cohen, Esq.
ENGELMAN BERGER, P.C.
3636 N. Central Avenue, Suite 700
Phoenix, AZ 85012
sbc@engelmanberger.com
*Attorneys for SSHA Building LLC*

Roger W. Hall, Esq.
BUCHALTER NEMER
16435 N. Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
rhall@buchalter.com
*Attorneys for Siemens Financial Services, Inc.*

Susan Goodman, RN JD
MESCH, CLARK & ROTHSCHILD, PC
259 N. Meyer Avenue
Tucson, AZ 85701-1090
sgoodman@mcrazlaw.com
*Patient Care Ombudsman*

Barbara Maroney, Esq.
LAW OFFICE OF BARBARA MARONEY PC
29834 N. Cave Creek Road, Suite 118/336
Cave Creek, AZ 85331
bbm@maroneylawfirm.com
*Attorneys for Philips Medical Capital LLC*

| | |
|---|---|
| 1 | Bruce J. Borrus, Esq. |
| 2 | RIDDELL WILLIAMS PS |
| | 1001 Fourth Avenue, Suite 4500 |
| 3 | Seattle, WA 98154-1192 |
| | bborus@riddellwilliams.com |
| 4 | *Attorneys for Philips Healthcare* |
| 5 | Joel Wakefield, Esq. |
| 6 | THE NELSON LAW GROUP |
| | One East Washington, Suite 500 |
| 7 | Phoenix, AZ 85004-2558 |
| | joel@nelsonlawsolutions.com |
| 8 | *Special Counsel for Debtor* |
| 9 | Michael R. Johnson, Esq. |
| 10 | RAY QUINNEY & NEBEKER PC |
| | 36 South State Street, Suite 1400 |
| 11 | Salt Lake City, UT 84111-1451 |
| | mjohnson@rqn.com |
| 12 | *Attorneys for Med One Capital Funding, LLC* |
| 13 | Larry L. Watson, Esq. |
| 14 | U.S. TRUSTEE'S OFFICE |
| | 230 N. First Ave., Ste. 204 |
| 15 | Phoenix, AZ 85003 |
| | larry.watson@usdoj.gov |
| 16 | *Attorneys for the United States Trustee* |
| 17 | David Gonzales |
| 18 | CKS SECURITIES LLC |
| | 6501 N. 19th Avenue |
| 19 | Phoenix, AZ 85015 |
| | dgonzales@cks-securities.com |
| 20 | *Chief Restructuring Officer for Debtor* |
| 21 | Gerald L. Shelley, Esq. |
| 22 | FENNEMORE CRAIG, P.C. |
| | 2394 East Camelback, Suite 600 |
| 23 | Phoenix, AZ 85016 |
| | gshelley@fclaw.com |
| 24 | *Attorneys for Candace Spurlock* |
| 25 | |
| 26 | |

David N. Crapo, Esq.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
dcrapo@gibbonslaw.com
*Attorneys for Lanx, Inc.*

Faisal Delawalla, Esq.
BRYAN CAVE LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601
faisal.delawalla@bryancave.com
*Attorneys for U.S. Foods, Inc.*

Scott K. Brown, Esq.
LEWIS ROCA ROTHGERBER LLP
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
sbrown@lrrlaw.com
*Attorneys for Surgical Care Affiliates*

Jay R. Bender, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
jbender@babc.com
*Attorneys for Surgical Care Affiliates*

**And to the MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:**

Mr. Brooks Ensign
ADVANCED BIOLOGICS, LLC
2800 Roosevelt Street
Carlsbad, CA 92008
bensign@advancedbiologics.com

Mr. John K. Fuller
PHARMACARE SERVICES
211 N. Loop 1604 East, Suite 250
San Antonio, TX 78232
jfuller@pharmacareservices.com

Mr. John Olea
WAXIE SANITARY SUPPLY
P.O. Box 60227
Los Angeles, CA  90060-0227
jolea@waxie.com

Mr. Anthony Russo
MEDLINE INDUSTRIES
One Medline Place
Mundelein, IL  60060
arusso@medline.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of January, 2015.

DICKINSON WRIGHT PLLC


By: /s/ Lauri Andrisani
    Lauri Andrisani, Legal Assistant

PHOENIX 59512-1 191310v1

Label Matrix for local noticing
0970-2
Case 2:13-bk-20029-DPC
District of Arizona
Phoenix
Fri Jan  2 09:54:11 MST 2015

Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626-2128

DACA VI LLC
1565 Hotel Circle S, #310
San Diego, CA 92108-3419

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023-0028

Lanx, Inc.
c/o David N. Crapo
Gibbons, P.C.
One Gateway Center
Newark, NJ 07102-5310

Liquidity Solutions, Inc.
Liquidity Solutions, Inc.
One University Plaza
Suite #312
Hackensack, NJ 07601-6205

Maricopa County Treasurer
222 N. Central Avenue, Suite 1100
Phoenix, AZ 85004-2206

Med One Capital Funding, LLC
c/o Michael R. Johnson
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
Salt Lake City, UT 84111-1451

NUVASIVE, INC.
c/o Jennifer L. Nassiri, Esq.
VENABLE LLP
2049 Century Park East
Suite 2100
Los Angeles, CA 90067-3133

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
c/o Perkins Coie LLP
Attn:  Bradley A. Cosman
2901 N. Central Ave., #2000
Phoenix, AZ 85012-2740

Owens & Minor, Inc.
c/o Sean P. O'brien
Gusst Rosenfeld PLC
One East Washington
Suite 1600
Phoenix, AZ 85004-2553

Philips Healthcare
c/o Bruce J. Borrus
Riddell Williams
1001 4th Ave
Suite 4500
Seattle, WA 98154-1065

Philips Medical Capital, LLC.
c/o Law Office of Barbara Maroney, P.C.
29834 N. Cave Creek Rd.
Ste. 118/336
Cave Creek, AZ 85331-5836

SIEMENS FINANCIAL SERVICES, INC.
BUCHALTER NEMER
16435 N. SCOTTSDALE RD
C/O Roger W. Hall
Suite 440
SCOTTSDALE, AZ 85254-1754

SSHA BUILDING, LLC
C/O SCOTT B. COHEN, ESQ.
ENGELMAN BERGER, P.C.
3636 NORTH CENTRAL AVENUE
SUITE 700
PHOENIX, AZ 85012-1936

SURGICAL CARE AFFILIATES
c/o SCOTT K. BROWN
LEWIS ROCA ROTHGERBER LLP
201 E WASHINGTON ST, #1200
PHOENIX, AZ 85004-2595

SURGICAL SPECIALTY HOSPITAL OF ARIZONA, LLC
6501 N. 19TH AVENUE
PHOENIX, AZ 85015-1646

WELLS FARGO BANK NA
C/O LORI WINKELMAN AND JASON CURRY
QUARLES & BRADY LLP
2 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2391

U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-0608

ACCOUNTING PRINCIPALS, INC.
10151 DEERWOOD PARK BLVD
BLDG 200,SUITE 400
JACKSONVILLE, FL 32256-0566

AIR LIQUIDE HEALTHCARE AMERICA CORPORATION
ATTN: CHERYL R LERO
2700 POST OAK BLVD, 21ST FLOOR
HOUSTON, TX 77056-5797

ALLERGAN INC
C/O JUDY COBIN T2-7B
2525 DUPONT DRIVE
IRVINE, CA 92612-1599

AM Systems, LLC
P.O. Box 43228
Phoenix AZ 85080-3228

ANGELICA TEXTILE SERVICES, INC.
1105 LAKEWOOD PKY SUITE 210
ALPHARETTA, GA 30009-7625

ANTHELIO HEALTHCARE SOLUTIONS INC.
5400 LRJ FREEWAY SUITE 200
DALLAS, TX 75240

ARTHREX, INC.
1370 CREEKSIDE BLVD
NAPLES, FL  34108-1945

AZ DES-Garnishment Desk
Site Code 040A
Phoenix AZ 85005

Accounting Principals
Dept CH 14031
Palatine IL 60055-0001

Acell Inc.
6640 Eli Whitney Dr.
Columbia MD 21046-2626

Advanced Biologics
2800 Roosevelt Street
Carlsbad CA 92008-1619

Advanced Lock Service Inc.
2329 W. Glendale Ave.
Suite 3
Phoenix AZ 85021-7600

Advantage Physical Therapy, LLC
9664 E. Davenport Dr.
Scottsdale AZ 85260-1426

Aesculap
P.O. Box 512451
Philadelphia PA 19175-2451

Aetna Health, Inc. (as successor in interest
c/o Patricia K. Smoots, Esq.
McGuireWoods LLP
77 W. Wacker Drive, Ste. 4100
Chicago, IL 60601-1818

Affinity Service Electric
2323 W. Mescal Street
Phoenix AZ 85029-4764

Aidant Fire Protection Co.
15836 N. 77th St.
Scottsdale AZ 85260-1700

Air Liquide Healthcre Amer
P.O. Box 200269
Houston TX 77216-0269

Alan A. Meda, Esq.
Burch & Cracchiolo PA
702 E Osborn Rd, Suite 200
Phoenix, AZ 85014-5234

Alere North America, Inc.
P.O. Box #846153
Boston MA 02284-6153

All Copy Products Inc.
P O Box #660831
Dallas TX 75266-0831

Allergan USA Inc.
12975 Collections Center Drive
Chicago IL 60693-0129

Alphatec Spine Inc.
Dept. 892005
P.O. Box 122005
Dallas TX 75312-2005

Alphatec Spine Inc.
PO Box 122005
Dallas, TX 75312-2005

American College of Healthcare
Dues Payment Processing Center
P.O. Box 4797
Carol Stream IL 60197-4797

Angelica Textile Svcs.
P.O. Box 836777
Los Angeles CA 90084-6777

Anthelio Healthcare Inc.
P O Box #671001
Dallas TX 75267-1001

Anthelio Healthcare Inc.
PO Box 671001
Dallas, TX 75267-1001

Arizona Department of Revenue
Attn:  Collection Division
1600 West Monroe Street
Phoenix AZ 85007-2650

Arizona Department of Revenue
Transaction Priviledge Tax
P.O. Box 29010
Phoenix AZ 85038-9010

Arizona Prosthetic Orthotic
4955 E. Bell Rd.
Scottsdale AZ 85254-6004

Arizona Radiation Regulatory Agency
4814 South 40th Street
Phoenix AZ 85040-2968

Arizona Small Loan Co.
P.O. Box 50730
Mesa AZ 85208-0037

Arthrex, Inc.
P. O. Box 403511
Atlanta GA 30384-3511

BAXTER HEALTHCARE
25212 W II RTE 120
ROUND LAKE, IL  60073-9799

BIO-RAD LABORATORIES,INC
1000 ALFRED NOBLE DRIVE
HERCULES, CA 94547-1811

BIOMET,INC
56 E BELL DR/POB 0587
WARSAW, IN  46581-0587
ATTN BK DEPT

BLOOD SYSTEMS,INC. DBA/UNITED BLOOD SERVICES
BHAVI A SHAH
6210 E OAK STREET
SCOTTSDALE, AZ 85257-1101

Bacterin International
DEPT CH
Palatine IL 60055-6872

Baxano Surgical Inc.
110 Horizon Drive
Suite 230
Raleigh NC 27615-4927

Baxter Healthcare Corp.
P.O. Box 100714
Pasadena CA 91189-0003

Beckman & Company PC
14850 N. Scottsdale Rd.
#205
Scottsdale AZ 85254-2816

Best Plumbing, Inc.
P.O. Box #750
Myersville MD 21773-0750

Biomet Inc.
75 Remittance Drive Ste 3283
Chicago IL 60675-3283

CA State Disbursement
P O Box #989067
West Sacramento CA 95798-9067

CARDINAL HEALTH 200 LLC
ATTN DEBRA WILLET
7000 CARDINAL PLACE
DUBLIN, OH 43017-1091

COVIDIEN
15 HAMPSHIRE ST
MANSFIELD, MA 02048-1113

CPSI
P.O. Box 850309
Mobile AL 36685-0309

Capital Recovery Corporation
P.O. Box 1008
Alpharetta GA 30009-1008

Cardinal Health
Medical Products and Service
P O Box 730112
Dallas TX 75373-0012

Carefusion 2200, Inc.
25146 Network Place
Chicago IL 60673-1250

Centers for Medicare and Medicade Servs
Attn: Provider and Supplier Self-Discl
7500 Security Blvd., Mailstop C4-25-02
Windsor Mill MD 21244-1850

Child Support Service/OR
P O Box 45011
Salt Lake City UT 84145-0011

Cintas Corporation
Cintas Corp Loc 466
Phoenix AZ 85038-9059

City of Phoenix
P.O. Box #29690
Phoenix AZ 85038-9690

City of Phoenix Water
P.O. Box 29100
Phoenix AZ 85038-9100

(p)ARIZONA ATTORNEY GENERAL S OFFICE CSE
PO BOX 6123
SITE CODE 775-C
PHOENIX AZ 85005-6123

Codonics Inc.
P O Box #71-4121
Columbus OH 43271-4121

Compdata Surveys
1713 E 123rd Street
Olathe KS 66061-5983

Computer Programs & Systems, Inc.
Christopher T. Conte, Esq.
Helmsing Leach Herlong Newman & Rouse
P. O. Box 2767, Mobile, AL 36652
bo.britain@cpsi.com

Covidien
Department #0010318
Palatine IL 60055-0318

Cox Communications
P O Box 53249
Phoenix AZ 85072-3249

Crandall Corp. Dietitians
P.O. Box 31060
Mesa AZ 85275-1060

Crospon Ltd
Galway Business Park
Dangan Galway, Ireland

DACA VI LLC
1565 Hotel Circle South Suite 310
San Diego, CA 92108-3419

DES Unemployment Taxes
P.O. Box 52027
Phoenix AZ 85072-2027

DEX MEDIA
19820 N 7TH AVE SUITE 200
PHOENIX, AZ 85027-4783

DUNN-EDWARDS CORPORATION
4885 EAST 52ND PLACE
LOS ANGELES, CA 90058-5584

Daniel H. Brunner
Chapter 13 Trustee
P.O. Box 1003
Memphis TN 38101-1003

Department of Economic Security
Unemployment Tax
P.O. Box 6028
Phoenix AZ 85005-6028

Deputy Orthopaedics, Inc.
5972 Collections Center Drive
Chicago IL 60693-0059

| | | |
|---|---|---|
| Dex Media West Inc.<br>P O Box 79167<br>Phoenix AZ 85062-9167 | Dunn Edward Corporation<br>P.O. Box 30389<br>Los Angeles CA 90030-0389 | Endogastric Solutions<br>Dept CH 16859<br>Palatine IL 60055-6859 |
| Endogastric Solutions Dept<br>Ch 16859<br>Palantine, IL 60055-6859 | FISHER SCIENTIFIC CO<br>ATTN GARY BARNES<br>300 INDUSTRY DR<br>PITTSBURGH PA 15275-1001 | FULLER-SELLE LLC<br>DBA/PHARMACARE SERVICES<br>211 N LOOP 1604 E STE 250<br>SAN ANTONIO, TX 78232-1265 |
| FedEx<br>P.O. Box 7221<br>Pasadena CA 91109-7321 | FedEx TechConnect, Inc.<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd. Module G.,3rd Floor<br>Memphis,TN 38116-5017 | First Health Group Corp.<br>c/o Patricia K. Smoots, Esq.<br>McGuireWoods LLP<br>77 W. Wacker Dr., STe. 4100<br>Chicago, IL 60601-1818 |
| French Electric & Lighting Inc.<br>2710 W. Glendale Ave.<br>Phoenix AZ 85051-8429 | GC Services<br>P.O. Box #32500<br>Columbus OH 43232-0500 | GE Capital<br>P.O. Box 31001-0271<br>Pasadena CA 91110-0271 |
| GE Capital C/O Barbi Martin<br>1010 Thomas Edison Blvd<br>Cedar Rapids IA 52404-8247<br>barbi.martin@ge.com | GE Healthcare OEC<br>2984 Collections Center Dr.<br>Chicago IL 60693-0029 | Gainter Bandler Reed & Peters<br>2355 E. Camelback Rd.<br>Suite 500<br>Phoenix AZ 85016-9039 |
| General Hospital Supply<br>2844 Gray Fox Road<br>Monroe NC 28110-8422 | Getinge Signatures Service<br>1777 E. Henrietta Road<br>Rochester, NY 14623-3133 | Globus Medical Inc.<br>P.O. Box #203329<br>Dallas TX 75320-3329 |
| Globus Medical, Inc.<br>Attn: Barbara Shaffer, Esq.<br>2560 General Armistead Avenue<br>Audubon, PA 19403-5214<br>bshaffer@globusmedical.com | Grainger<br>Dept. 808312490<br>P O Box 419267<br>Kansas City MO 64141-6267 | (p)GREATAMERICA FINANCIAL SERVICES CORPORATIO<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 |
| Guthrie General Inc.<br>6677 W. Thunderbird Road<br>Suite C140<br>Glendale AZ 85306-3760 | Halo Plumbing<br>33508 N. 25th Drive<br>Phoenix AZ 85085-6005 | Haynes Mechanical Systems<br>Lock Box 5243<br>Denver CO 80217-5243 |
| Health Temp<br>6402 E. Superstition Springs<br>Suite 203<br>Mesa AZ 85206-4393 | INTEGRA TELECOM INC.<br>1201 NE LLOYD BLVD STE#500<br>PORTLAND, OR 97232-1259 | INTERMETRO INDUSTRIES CORP<br>651 N WASHINGTON ST<br>WILKES-BARRE PA 18705-1799 |
| IRS<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | IceArizona Hockey Co LP fka Coyotes Newco, L<br>Attn: Craig Tindall<br>6751 N. Sunset Boulevard<br>Glendale, AZ 85305-3162 | IceArizona Hockey Co LP fka Coyotes Newco, L<br>Attn: Craig Tindall<br>6751 North Sunset Boulevard<br>Glendale, AZ 85305-3162 |

| | | |
|---|---|---|
| Inpro Corporation<br>P.O. Box #720<br>Muskego WI 53150-0720 | Integra Lifesciences Corp.<br>P.O. Box 404129<br>Atlanta GA 30384-4129 | Integra Limit Uncertainty<br>311 Enterprise Dr.<br>Plainsboro NJ 08536-3344 |
| (p)INTEGRA TELECOM<br>1201 NE LLOYD BLVD<br>SUITE 500<br>PORTLAND OR 97232-1259 | Intellimed International<br>1825 E. Northern Ave.<br>Ste. 175<br>Phoenix AZ 85020-3980 | Intermetro Industries CRP<br>P O Box 93730<br>Chicago IL 60673-3730 |
| Isotis Orthobiologics<br>16386 Collections Center Drive<br>Chicago IL 60693-0163 | J & J Health Care Systems<br>5972 Collections Center Dr.<br>Chicago IL 60693-0059 | JOHNSON & JOHNSON HEALTH CARE SYS. INC<br>C/O PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6710 |
| JP Business Solutions, LLC<br>15929 N. Thompson Peak Blvd.<br>Ste. B 111-481<br>Scottsdale AZ 85260 | JTS Surgical Innovatons<br>1906 Orange Tree Lane<br>Suite 220<br>Redlands CA 92374-4511 | Jenco, Inc.<br>7469 E. Monte Cristo Ave.<br>Scottsdale AZ 85260-1618 |
| K2M Inc.<br>751 Miller Drive SE<br>Suite F-1<br>Leesburg VA 20175-8993 | K2M Inc.<br>751 Miller Drive SE Suite F-1<br>Leesberg, VA 20175-8993 | Karl Storz Endoscopy Inc.<br>File #53514<br>Los Angeles CA 90074-3514 |
| KimberlyClark<br>P.O. Box 601004<br>Pasadena CA 91189-1004 | Kristen Hartzel<br>9504 E. Jenan Dr.<br>Phoenix AZ 85032 | LDR SPINE USA INC<br>13785 RESEARCH BLVD # 200<br>AUSTIN TX 78750-1873<br>ATTN: DIANA WIMBERELY |
| LDR Spine USA Inc.<br>P>O. Box # 671716<br>Waxahachie TX 75167-1716 | LDR Spine USA Inc.<br>PO Box 671716<br>Waxahachie, TX 75167-1716 | LSI Solutions<br>7796 Victor-Mendon Road<br>Victor NY 14564-8966 |
| Lanx Sales<br>Dept. 2035, P.O. Box 122035<br>Dallas TX 75312-2035 | LifeNet Health<br>Attn: Accounting Supervisor<br>1864 Concert Drive<br>Virginia Beach, VA 23453-1903 | Lifenet Health<br>1864 Concert Drive<br>Virginia Beach, VA 23453-1903 |
| Lighting Unlimited<br>15816 N. Greenway Hayden Loop #100<br>Scottsdale AZ 85260-3437 | Liquidity Solutions, Inc.<br>1 University Plaza, Suite 312<br>Hackensack, NJ 07601-6205 | Local Work Marketing<br>3321 E. Bell Rd. B-1<br>Phoenix AZ 85032-2755 |
| Lockdown Surgical, Inc.<br>18888 Lake Drive East<br>Chanhassen MN 55317-9328 | Loftin Equipment Company<br>P O Box 10376<br>Phoenix AZ 85064-0376 | Lowes<br>P.O. Box 530954<br>Atlanta GA 30353-0954 |

```
MCKESSON HELATH SOLUTIONS          MED ONE CAPITAL FUNDING LLC          MEDTRONIC USA INC
275 GROVE ST, STE 1-210            RAY QUINNEY & NEBEKER, PC            MAILSTOP SLK27
NEWTON, MA 02466-2283              36 SOUTH STATE ST SUITE 1400         800 53RD AVE NE
                                   SALT LAKE CITY, UT 84111-1451        COLUMBIA HEIGHTS, MN 55421-1241


MModal Systems & Service Inc.      MUSCULOSKELETAL TRANSPLANT FOUNDATION Maintenance Mart
2661 Riva Road Building 800        125 MAY STREET                       P.O. Box 40403
Attn:  Accounts Receivable         EDISON, NJ 08837-3264                Phoenix AZ 85067-0403
Annapolis MD 21401-7353


Maricopa County Environmental      Maricopa County Treasurer            Maricopa County Treasurer
Business Services Division         PO Box 52133                         c/o Lori A. Lewis
1001 N Central Ave                 Phoenix AZ 85072-2133                222 N. Central Ave., Suite 1100
Phoenix AZ 85004-1936                                                   Phoenix, AZ 85004-2206


McKesson Health Solutions          Med One Capital Funding, LLC         Medline Industries, Inc.
McKesson Health Solutions          c/o Mark Stevens                     Attn: Anthony Russo
22423 Network Place                10712 South 1300 East                One Medline Place
Chicago, IL 60673-1224             Sandy, UT 84094-5094                 Mundelein, IL  60060
joan.zidon@mckesson.com


(p)MEDRAD INC                      Medtronic SD USA Inc.                Megadyne Medical Products
100 GLOBAL VIEW DRIVE              4642 Collection Center Dr.           11506 S. State Street
WARRENDALE PA 15086-7601           Chicago IL 60693-0046                Draper UT 84020-9453


Microtek Medical Inc.              Milligan Lawless Taylor              Mindray DS USA Inc.
File 4033P                         Murphy Bailey                        Datascope Patient Monitoring
P.O. Box 911633                    4647 N. 32nd Street, Ste. B185       24312 Network Pl
Dallas TX 75391-1633               Phoenix AZ 85018-3328                Chicago IL 60673-1243


Mission Linen Service              Mitchell Stein Carey Attorneys       Mobile Instrument Service & Repair Inc.
2652 South 16th St.                1440 E. Missouri                     333 Water Ave.
Ste. A                             Suite C-100                          Bellefontaine OH 43311-1733
Phoenix AZ 85034-6704              Phoenix AZ 85014-2459


Musculoskeletal Transplnt          NUVASIVE, INC                        National Benefit Services, LLC
P O Box 415911                     7475 LUSK BLVD                       8523 S. Redwood Rd.
Boston MA 02241-5911               SAN DIEGO, CA 92121-5707             West Jordan UT 84088-9311
                                   ATTN: JOHN ENGLISH


New York Bagels 'N Bialys          Northern Chemical Company            Nutechspine
10320 N. Scottsdale Rd.            P O Box 2837                         P.O. Box 36639
Paradise Valley AZ 85253-1434      Glendale AZ 85311-2837               Birmingham AL 35236-6639


Nuvasive Inc.                      OLYMPUS AMERICA INC                  OWENS & MINOR DISTRIBUTION, INC.
File 50678                         3500 CORPORATE PARKWAY               C/O RACAHEL GREENLEAF
Los Angeles CA 90074-0678          CENTER VALLEY, PA 18034-8229         PO BOX 500
                                   ATTN RICK MANAGEMENT                 RICHMOND, VA  23218-0500
```

Olympus America Inc.
Dept. 0600
P O Box #120600
Dallas TX 75312-0600

Owens & Minor
File No. 53523
Los Angeles CA 90074-3523

Owens & Minor, Inc
c/o Sean P. O'Brien
Gust Rosenfeld PLC
One East Washington, Ste. 1600
Phoenix, AZ 85004-2553

PAC 3 Surgical Products
P.O. Box 9976
Salt Lake City UT 84109-0976

PROFESSIONAL HOSPITAL SUPPLY, INC.
C/O KIRK BARBER, ESQUIRE
42500 WINCHESTER ROAD
TEMECULA, CA 92590-2570

Panacea Healthcare Solutions
287 East Sixth Street
Saint Paul MN 55101-1654

Paradigm Spine
505 Park Ave, 14th Floor
New York, NY 10022-1106

PepsiCola
P O Box 841828
Tempe AZ 85284-1828

Peri-Operative Staffing Solutions LLC
416 E. Thunderbird Rd. #444
Phoenix AZ 85022

Pharmacare Service
211 N. Loop 1604 East
Suite 250
San Antonio TX 78232-1265

Philips Healthcare
P.O. Box 100355
Atlanta GA 30384-0355

Philips Healthcare
c/o Bruce Borrus
Riddell Williams P.S.
1001 4th Ave. Suite 4500
Seattle, WA 98154-1065

Philips Medical Capital
P.O. Box 92449
Cleveland OH 44193-0003

Philips Medical Capital, LLC.
c/o Law Office of Barbara Maroney, P.C.
29834 N. Cave Creek Rd. #118/336
Cave Creek AZ 85331-5836

Phillips Medical Capital
P.O. Box 92449
Cleveland OH 44193-0003

Phoenix City Treasurer
P.O. Box 29690
Phoenix AZ 85038-9690

Physio-Control Inc.
P.O. Box 97006
Redmond, WA 98073-9706

Press Ganey Associates
Box 88335
Milwaukee WI 53288-0335

Preventive Pest Control
7615 N. 75th Ave.
Suite 103
Glendale AZ 85303-1620

Professional Hospital Sup
P O Box 23229
Pasadena CA 91185-3229

Quest Diagnostics
P.O. Box 740709
Atlanta GA 30374-0709

Quicksilver Express Courier
P.O. Box #64417
Saint Paul MN 55164-0417

RR Donnelley
P.O. Box 93514
Chicago IL 60673-3514

RTI Biologics
P>O> Box #11404
Columbia SC 29211-1404

RTI Biologics
PO Box 11404
Columbia, SC 29211-1404

Radiation Physics & Eng. Inc. #432
11445 E. Via Linda
Suite 2
Scottsdale AZ 85259-2653

Rainforest Plumbing & Air Inc.
127 S. Weber Drive
Chandler AZ 85226-3218

Richard Wolf
2573 Momentum Place
Chicago IL 60689-5325

SCF Premier
P O Box 36120
Phoenix AZ 85067-6120

SIEMENS FINANCIAL SERVCIES, INC.
c/o ROGER W. HALL
BUCHALTER NEMER
16435 N. SCOTTSDALE RD., #400
SCOTTSDALE, AZ 85254-1754

```
SIGNUS MEDICAL LLC                SOUTHWEST GAS CORPORATION         SPINE WAVE INC
18888 LAKE DR EAST                PO BOX 1498                       3 ENTERPRISE DR STE 210
CHANHUSSEN, MN 55317-9328         VICTORVILLE, CA  92393-1498       SHELTON, CT 06484-4696
                                  BANKRUPTCY DESK


SSHA BUILDING,LLC                 SSHA Building, LLC                STANDARD REGISTER COMPANY
ATTN: DANIEL LIEBERMAN, M.D.      c/o Scott B. Cohen, Esq.          LILLIAN FLATT
1331 N. 7TH STREET #190           Engelman Berger, P.C.             600 ALBANY ST
PHOENIX, AZ 85006-2701            3636 N. Central Ave., #700        DAYTON, OH 45417-3405
                                  Phoenix, AZ 85012-1936


STRYKER ENDOSCOPY                 STRYKER INSTRUMENTS               STRYKER SPINE/DIVISION OF STRKER CORP.
C/O PURKEY AND ASSOCIATES PLC     C/O LON PURKEY                    PURKEY & ASSOCIATES
2251 EAST PARIS AVE SE STE B      2251 EAST PARIS AVE SE STE B      2251 EAST PARIS AVE, SE STE B
GRAND RAPIDS, MI 49546-2431       GRAND RAPIDS, MI 49546-2431       GRAND RAPIDS, MI 49546-2431


Salt River Project                Salt River Project               Scottsdale Area Chamber of Commerce
P O Box 2959                      P.O. Box 52025                    7501 E. McCormick Pkwy
Phoenix AZ 85062-2959             Phoenix AZ 85072-2025             Ste 202-N45046007
                                                                   Scottsdale AZ 85258-3495


Sensory Testing Systems           Sensory Testing Systems          Service Solutions Group LLC
8655 E. Via De Ventura            8655 E. Via De Ventura Suite #E160 6000 Paysphere Circle
Suite # E160                      Scottsdale, AZ 85258-3395         Chicago IL 60674-0060
Scottsdale AZ 85258-3395


Shred-It USA-Phoenix              Siemens Financial Services        Siemens Financial Services, Inc.
P O Box 101077                    P O Box 2083                      Joseph Altieri
Pasadena CA 91189-1077            Carol Stream IL 60132-2083        170 Wood Avenue South, 7th Floor
                                                                   Iselin, NJ 08830-2741


Siemens Healthcare Dinstc         Smith Nephew Endoscopy           Smith Nephew Orthopedic
PO Box 121102                     P O Box 60333                     P.O. Box 785921
Dallas TX 75312-1102              Charlotte NC 28260-0333          Philadelphia PA 19178-5921


Sonora Quest Laboratories         Southwest Gas Corporation        Spinal USA
1255 W. Washinton St.             P. O. Box 98890                   2050 Executive Dr.
Tempe AZ 85281-1210               Las Vegas NV 89150-0101          Pearl MS 39208-4282


Spinesmith Partners LP            Spinewave                        Squaw Peak Surgical Facility
93 Red River Street               3 Enterprise Drive                Squaw Peak Surgical Facility
Austin TX 78701-4216              Shelton CT 06484-7620            1635 East Myrtle Ave., Ste. 100
                                                                   Phoenix, AZ 85020-5501
                                                                   shelsten@sciatica.com


Standard Register Company         Staples Business Advantage Dept. LA  State Disbursement Unit
P.O. Box 91047                    P O Box 83689                     P.O. Box #5400
Chicago IL 60693-1047             Chicago IL 60696-3689            Carol Stream IL 60197-5400
```

Stryker Intruments
4100 E. Milham Rd.
Kalamazoo MI 49001

Stryker Spine
21912 Network Place
Chicago IL 60673-1912

Suture Express
P.O. Box 842806
Kansas City MO 64184-2806

Swisher
P.O. Box 8
Tolleson AZ 85353-0008

Symmetry Surgical
3034 Owen Drive
Antioch TN 37013-2413

Synthes
P.O. Box 8538662
Philadelphia PA 19171-0662

Sysmex America Inc.
39923 Treasury Center
Chicago IL 60694-9900

TRI-ANIM HEALTH SERVICES INC
PO BOX 8023
DUBLIN, OH 43016-2023

TZ Medical Inc.
17750 SW Upper Boones Ferry Rd.
Suite #150
Portland OR 97224-7086

Tele-Interpreters
P O Box 202572
Dallas TX 75320-2572

Teleflex Medical Inc.
P O Box 12600
RTP, NC 27709-2600

The Nelson Law Group
One East Washington
Suite 500
Phoenix AZ 85004-2558

Transcorp, Inc.
850 Parsons Street
Grandville MI 49418-9657

Trianim Health Services Inc.
25197 Network Place
Chicago IL 60673-1251

Trinity Orthopedics LLC
8817 Production Ave.
San Diego CA 92121-2219

U.S. Attorney, District of Arizona
Two Renaissance Square
40 N. Central, Ste. 1200
Phoenix AZ 85004-4408

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

UNITEDHEALTHCARE INSURANCE COMPANY
EXECUTIVE HEALTH RESOURCES
RACHEL A. SMITH CDM UHC/EHR
185 ASYLUM STREET
HARTFORD, CT 06103-3408

UPS
P.O. Box #894820
Los Angeles CA 90189-4820

(p)U S COLLECTIONS WEST INC
2320 W PEORIA AVE #C116
PHOENIX AZ 85029-4767

US Foods, Inc.
Kerry Carlson, Bankruptcy Specialist
9399 W. Higgins Road, Ste. 600
Rosemont, IL 60018-4940
kerry.carlson@usfoods.com

US Foodservice Inc.
P.O. Box 52531
Phoenix AZ 85072-2531

United Blood Services
P O Box 53022
Phoenix AZ 85072-3022

United Parcel Service
c/o Receivable Management Services (&quo
P.O. Box 4396
Timonium, MD 21094-4396

United Pet Care LLC
6232 N. 7th Street
Suite 202
Phoenix AZ 85014-1852

Universal Hospital Srv.
P.O. Box 86
Minneapolis MN 55486-0940

Vanguard Technical Services
921 E. Citation Ln
Tempe AZ 85284-1523

Verathon Inc.
P.O. Box #935117
Atlanta GA 31193-5117

W.W. GRAINGER INC
MES17808312490
7300 N MELVINA
NILES, IL 60714-3906

```
WAXIE SANITARY SUPPLY              WELLS FARGO EQUIPMENT FINANCE, INC.      Waste Management of AZ
9353 WAXIE WAY                     QUARLES & BRADY LLP                      P.O. Box 78251
SAN DIEGO CA 92123-1350            ONE RENAISSANCE SQ, TWO N.CENTRAL AVE    Phoenix AZ 85062-8251
                                   PHOENIX, AZ 85004-2391


Wells Fargo                        Wells Fargo Bank, N.A.                   Wells Fargo Equipment Finance
Payment Remittance Center          PO Box 1450                             P.O. Box 1450
P O Box 6415                       Minneapolis MN 55485-1450               Minneapolis MN 55485-1450
Carol Stream IL 60197-6415


Wells Fargo Equipment Finance Inc. West Sanitation Corporate               West-Lite Supply Co.
NW-8178                            2158 Beaumont Dr.                        12951 166th Street
P O BOX 1450                       Baton Rouge LA 70806-1427               Cerritos CA 90703-2104
Minneapolis MN 55485-8178


ZIMMER INC                         ZIMMER SPINE INC                        ZYGA TECHNOLOGY INC
ATTN LYNDA MILLER (MS5162)         ZIMMER INPO BOX 708                     5600 ROWLAND ROAD SUITE 200
PO BOX 708                         WARSAW, IN  46581-0708                  MINNETONKA, MN 55343-4422
WARSAW, IN  46581-0708


Zimmer, Inc.                       CAROLYN J. JOHNSEN                      Candace Spurlock
14235 Collections Center Dr.       DICKINSON WRIGHT PLLC                   Fennemore Craig
Chicago IL 60693-0142              1850 N. CENTRAL AVENUE #1400            Attn: Gerald Shelley
                                   PHOENIX, AZ 85004-4568                  2394 E. Camelback Road
                                                                          Suite 600
                                                                          Phoenix, AZ 85016-9077


K. DEREK JUDD                      KAMI M. HOSKINS                        Susan N GOODMAN
Nussbaum Gillis & Dinner, P.C.     Jennings, Strouss & Salmon, PLC         Mesch, Clark & Rothschild, P.C.
14850 N. Scottsdale Rd., #450      One East Washington, Suite 1900         259 N. Meyer Avenue
Scottsdale, AZ 85254-2884          Phoenix, AZ 85004-2554                  Tucson, AZ 85701-1090
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Clearinghouse                      GreatAmerica Financial Services Corporation   Integra Telecom
P.O. Box #52107                    ATTN: Peggy Upton, Litigation Specialist      P O Box 2966
Phoenix AZ 85072                   P.O. Box 609                                  Milwaukee WI 53201-2966
                                   Cedar Rapids, IA 52406
                                   bwendel@greatamerica.com


Medrad, Inc.                       U.S. Treasury                          US Collections West Inc.
P.O. Box 360172                    Ogden UT 84201-0039                    P.O. Box #39695
Pittsburgh PA 15251-6172                                                  Re: Case #CC2010-171486
                                                                          Phoenix AZ 85069
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)IceArizona Hockey Co LP fka Coyotes Newco,

(u)US Foods, Inc.

(d)Baxano Surgical Inc.
110 Horizon Drive Suite 230
Raleigh, NC 27615-4927

(d)Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626-2128

(d)Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023-0028

(d)General Hospital Supply
2844 Gray Fox Road
Monroe, NC 28110-8422

(d)Globus Medical Inc.
PO Box #203329
Dallas, TX 75320-3329

(d)Haynes Mechanical Systems
Lock Box 5243
Denver, CO 80217-5243

(u)Margaret Zukie

(d)Megadyne Medical Products
11506 S. State Street
Draper, UT 84020-9453

(d)NUVASIVE, INC.
c/o Jennifer L. Nassiri, Esq.
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067-3133

(d)NuVasive, Inc.
c/o Jennifer L. Nassiri,Esq.
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067-3133

(d)Nutechspine
PO Box 36639
Birmingham, AL 35236-6639

(d)Paradigm Spine LLC
505 Park Avenue
14th Floor
New York NY 10022-1106

(d)SURGICAL CARE AFFILIATES
c/o SCOTT K. BROWN
LEWIS ROCA ROTHGERBER LLP
201 E WASHINGTON ST, #1200
PHOENIX, AZ 85004-2595

(d)Spinesmith Partners LP
93 Red River Street
Austin, TX 78701-4216

(u)Valleywide Surgical Assist
Attn:  Billing
P.O. Box 40760

(d)WELLS FARGO BANK NA
C/O LORI WINKELMAN AND JASON CURRY
QUARLES & BRADY LLP
2 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2391

(d)Zyga Technology
5600 Rowland Road, Suite 200
Minnetonka, MN  55343-4422

End of Label Matrix
Mailable recipients    287
Bypassed recipients     19
Total                  306

Dr. Ali Araghi
Core Institute – Central Phoenix
3010 W. Agua Fria Freeway, #100
Phoenix, AZ 85027

Dr. Ali Araghi
10457 E. Sunnyside
Scottsdale, AZ 85259

Dr. Charles Creasman
Arizona Orthopedic & Fracture
 Surgeons
444 W. Osborn Rd., #200
Phoenix, AZ 85013

Dr. Charles Creasman
6340 N. 44th Street
Paradise Valley, AZ 85253

Dr. John DeBarros
Weight Loss Institute of Arizona/
East Valley
1855 E. Southern Avenue
Tempe, AZ 85282

Dr. John DeBarros
6838 East Cheney Drive
Paradise Valley, AZ 85253

Dr. Edward Dohring
Spine Institute of Arizona
9735 N. 90th Place
Scottsdale, AZ 85258

Dr. Edward Dohring
5721 N. Monte Vista Drive
Paradise Valley, AZ 85253

Dr. Justin Field
Desert Institute for Spine Care
1635 E. Myrtle Avenue, #400
Phoenix, AZ 85020

Dr. Paul Gause
Spine Institute of Arizona
9735 N. 90th Place
Scottsdale, AZ 85258

Dr. Paul Gause
6310 N. 47th Place
Paradise Valley, AZ 85253

Dr. Stephen Hochschuler
Texas Back Institute
TBA Spine Specialists of Arizona
6020 W. Parker Road, Suite 200
Plano, TX 75093

Dr. Stephen Hochschuler
5239 E. Paradise Canyon Road
Paradise Valley, AZ 85253

Dr. Steven Kassman
Arizona Orthopedic Surgical Assoc.
1840 W. Maryland Avenue, #C
Phoenix, AZ 85013

Dr. Steven Kassman
21633 N. 55th Drive
Glendale, AZ 85308

Dr. Jonathan Landsman
Phoenix Orthopedic Consultants PC
19636 N. 27th Avenue, Suite 401
Phoenix, AZ 85027-4021

Dr. Jonathan Landsman
22420 N. 54th Street
Phoenix, AZ 85054

Dr. Daniel Lieberman
Arizona Center for Neurosurgery
3300 N. Central Ave., #2550
Phoenix, AZ 85012

Dr. R. Richard Maxwell
6627 E. Bluebird Lane
Paradise Valley, AZ 85253

Dr. Michael Orris
Weight Loss Institute of Arizona/
East Valley
1855 E. Southern Avenue
Tempe, AZ 85282

Dr. Michael Orris
7141 E. Rancho Vista Drive, #2001
Scottsdale, AZ 85251

Dr. Michael Winer
8124 E. Cactus Road, Suite 400
Scottsdale, AZ 85260

Dr. Michael Winer
7119 E. Shea Boulevard, #109-529
Scottsdale, AZ 85254

Dr. Anthony Yeung
Desert Institute for Spine Care
1635 E. Myrtle Ave., #400
Phoenix, AZ 85020

Dr. Anthony Yeung
5448 E. Valle Vista Road
Phoenix, AZ 85018-1935

Dr. Christopher Yeung
1635 E. Myrtle Ave., #400
Phoenix, AZ 85020

Dr. Christopher Yeung
6845 E. Solcito Lane
Paradise Valley, AZ 85253

Dr. Justin Field
5901 E. Acadia Lane
Phoenix, AZ 85018

Dr. Daniel Lieberman
815 East Orangewood Avenue
Phoenix, AZ 85020

PHOENIX 59512-1 167406v1

Abbott Point of Care
400 College Road East
Princeton, NJ  08540

Anulex Technologies, Inc.
P.O. Box 17002
Minneapolis, MN  55417-0002

Capital Water Treatment, Inc.
6610 N. 57th Drive
Glendale, AZ 85301

Abbott Diabetes Care Sales
Corporation
1360 S. Loop Road
Alameda, CA  94502

Arizona Blood Management Inc.
1234 E. Claire Drive
Phoenix, AZ 85022

Carrington College
1001 W. Southern Avenue, #130
Mesa, AZ 85210

Aesculap, Inc.
P.O. Box 512451
Philadelphia, PA  19175-2451

Arizant Healthcare, Inc.
P.O. Box 845450
Dallas, TX  75284-5450

Central Arizona Urologists
1728 West Glendale Ave., #204
Phoenix, AZ  85021

Aesthetic Plastic and Reconstructive
Surgery / G. Robert Meger, M.D.
3333 East Camelback Rd, #140
Phoenix, AZ  85018

Arizona Orthopedic and Fracture
Surgeons
20325 N. 51st Avenue, Suite 124
Glendale, AZ  85308

Cintas Document Management
Cintas Corp Loc. 466
P.O. Box 29059
Phoenix. AZ 85038-9059

Aidant Fire Protection Company
15836 N. 77th Street
Scottsdale, AZ  85260-1700

AT Still University/Kirksville
College of Osteopathic Medicine
800 West Jefferson Street
Kirksville, MO  63501

CompuDiagnostics, Inc.
10645 N. Tatum Boulevard
Phoenix, AZ  85028

Air Liquide
P.O. Box 200269
Houston, TX  77216-0269

AZHHA Service Corporation
Attn: Finance Department
2800 N. Central Ave., #1450
Phoenix, AZ  85004

Coppersmith, Schermer &
 Brockelman PLC
2800 N. Central Avenue, #1200
Phoenix, AZ  85004

All Copy Products, Inc.
1407 W. Driver's Way
Tempe, AZ  85284

Bacterin International, Inc.
Dept. CH 16872
Palentine, IL  60055-6872

Cox Business
P.O. Box 53249
Phoenix, AZ  85072-3249

Allergan USA, Inc.
P.O. Box 19534
Irvine, CA  92623

Brown Mackie College-Phoenix
13430 N. Black Canyon Highway
Phoenix, AZ  85029

Computer Programs & Systems Inc.
P.O. Box 850309
Mobile, AL  36685-0309

Alphatec Spine, Inc.
Dept. 892005
P.O. Box 122005
Dallas, TX 75312-2005

The Bryman School of Arizona-Phx
9215 N. Black Canyon Highway
Phoenix, AZ  85029

CPSI
P.O. Box 850309
Mobile, AL  36685-0309

Angelica Textile Svcs.
P.O. Box 836777
Los Angeles, CA 90084-6777

Canyon Surgery Center
6036 N. 19th Avenue, #100
Phoenix, AZ 85015

DePuy Spine Sales Limited
 Partnership
5972 Collections Center Drive
Chicago, IL 60693

Desert Health Imaging
7898 E. Acoma Drive, Suite 106
Scottsdale, AZ 85260

Foulston Siefkin, LLP
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, KS 66210

LDR Spine USA, Inc.
P.O. Box 671716
Dallas, TX 75267-1716

Desert Medical Careers, Inc.
2600 N. Central Avenue, #1702
Phoenix, AZ 85004

Fuji Film Medical Systems USAInc.
850 Central Avenue
Hanover Park, IL 60133

Loftin Equipment Co.
2122 E. Highland, Suite 425
Phoenix, AZ 85016

Dex Advertising
P.O. Box 79167
Phoenix, AZ 85062-9167

Gentinge USA, Inc.
1777 E. Henrietta Road
Rochester, NY 14623

Martin Worth Medical SW, LLC
2398 E. Camelback Road
Phoenix, AZ 85016

Dignity Health
3033 N. 3rd Avenue
Phoenix, AZ 85013-4447

Healthcare Asset Network
10411 Meeting Street
Prospect, KY 40059

McKesson Health Solutions, LLC
4343 N. Scottsdale Road, #150
Scottsdale, AZ 85251

Donor Network of Arizona
201 W. Coolidge Street
Phoenix, AZ 85013

Integra Telecom
P.O. Box 2966
Milwaukee, WI 53201-2966

MedAssets Supply Chain Systems
100 N. Point Center East, Suite 200
Alpharetta, GA 30022

East Valley Surgery Center, LLC
1855 E. Southern Avenue
Tempe, AZ 85282

Intellimed International Corporation
1825 E. Northern Avenue, Suite 175
Phoenix, AZ 85020

MedFinManager, LLC
2322 S. McClintock Drive
Tempe, AZ 85282

Elite Care Incorporated
4050 E. Cotton Center Blvd., #60
Phoenix, AZ 85040-8864

The Joint Commission
P.O. Box 92775
Chicago, IL 60675-2775

Medline Industries, Inc.
Dept. LA 21558
Pasadena, CA 91185-1588

Executemps Southwest, Inc.
3333 N. 44th Street
Phoenix, AZ 85018

JP Business Solutions, LLC
15029 N. Thompson Peak Blvd.
Suite B 111-481
Scottsdale, AZ 85260

MEDRAD Service
P.O. Box 360172
Pittsburgh, PA 15251

Executive Health Resources, Inc.
P.O. Box 822688
Philadelphia, PA 19182-2688

LifeNet Health
Bio Implants Division
P.O. Box 79636
Baltimore, MD 21279-0636

MedSolutions, Inc.
730 Cool Springs Boulevard, #800
Franklin, TN 37067

FlexPrint, Inc.
2845 N. Omaha Street
Mesa, AZ 85215

Lanx Sales, LLC
Dept. 2035
P.O. Box 122035
Dallas, TX 75312

Medtronic Sofamor Danek USA
1800 Pyramid Place, Bldg. A
Memphis, TN 38132

Medtronic USA, Inc.
4642 Collection Center Drive
Chicago, IL 60693

Peri-Operative Staffing Solutions
LLC
6501 N. 19th Ave
Phoenix AZ 85015-1646

Rainforest Plumbing Works Inc.
127 S. Weber Drive
Chandler, AZ 85226

Mission Linen Supply
2652 S. 16th Street, Suite A
Phoenix, AZ 85034-6704

Fuller-Selle, LLC d/b/a PharmaCare
Services
211 N. Loop 1604 East, Suite 250
San Antonio, tX 78232

Tele-Interpreters on Call
500 N Brand Blvd, #1700
Glendale, CA 91203

Myers & Jenkins
One East Camelback Road, #500
Phoenix, AZ 85012

Timely Medical Alternatives, Inc.
and North American Surgery
545 Clyde Avenue, #208
West Vancouver, BC V7W2H9

Sensory Testing Systems, LLC
8655 E. Via De Ventura, #E160
Scottsdale, AZ 85258

National Health Finance DM, LLC
4515 S. McClintock Drive, #220
Tempe, AZ 85282

Philips Medical Systems N.A.
P.O. Box 100355
Atlanta, GA 30384-0355

Sentry Neuro
13161 Misty Willow
Houston, TX 77070

National Medical Finance and
Assistance, LLC
4515 S. McClintock Drive, #220
Tempe, AZ 85282

Phoenix Baptist
2000 W. Bethany Home Road
Phoenix, AZ 85015

Shred-It
P.O. Box 101077
Pasadena, CA 91189-1077

Nelson Law Solutions
One East Washington, #500
Phoenix, AZ 85004-2558

PhysIOM Neuro Monitoring
Consultants, Inc.
10940 S. Parker Road, Suite 530
Parker, CO 80136

Siemens Healthcare Diagnostics Inc.
P.O. Box 121102
Dallas, TX 75312-1102

Olympus America, Inc.
Dept. #0600
P.O. Box 12600
Dallas, TX 75312-0600

Press Ganey Associates, Inc.
Box 88335
Milwaukee, WI 53288-0335

SW General, Inc. dba Southwest
Ambulance
3759 N. Commerce Drive
Tucson, AZ 85705

Olympus Financial Services
P.O. Box 200183
Pittsburgh, PA  15251-0183

ProNerve, LLC
P.O. Box 95382
Grapevine, TX  76099-9734

Spinal Elements
3115 Melrose Drive, Suite 200
Carlsbad, CA  92010

Orthovitz
77 Great Valley Parkway
Malvern, PA  19355

Protection One
P.O. Box 219044
Kansas City, MO  64121-9044

SpineSmith Holdings, LLC
93 Red River Street
Austin, TX  78701

Paradigm Spine, LLC
505 Park Avenue, 14th Floor
New York, NY  10022

Quest Diagnostics Incorporated
P.O. Box 740709
Atlanta, GA  30374-0709

Spine Specialists of Arizona PC
1820 W. Maryland Ave., #1&2
Phoenix, AZ  85015

Squaw Peak Surgery Center
1635 E. Myrtle Avenue, No. 100
Phoenix, AZ  85020

Vic The Picc Southwest LLC
1351 E. Pine Street
Lodi, CA  95240

Key Health Medical Solutions, Inc.
30699 Russell Ranch Rd. #175
Westlake Village, CA 91362

Tempe New Day Surgery Center
2000 E. Southern Avenue
Tempe, AZ  85282

Vitalize Consulting Solutions (an
SAIC Company)
250 Royall Street
Canton, MA 02021

Rural/Metro Corporation
9221 E. Via de Ventura
Scottsdale, AZ 85258

Sylvia's Café Express
5508 N 7th Avenue
Phoenix, AZ  85013

WM Healthcare Solutions Inc.
2137 West Williams Drive
Phoenix, AZ  85027

LDR Spine
c/o Shannon Kalb
Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ  07626

Tele-Interpreters on Call
P.O. Box 202572
Dallas, TX  75320-2572

Lisa Wolters-Broder
c/o ISM
2055 E. Centennial Circle
Tempe, AZ  85284

LifeNet Health
c/o Shannon Kalb
Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ  07626

United Lien Solutions, LLC
4939 W. Ray Road, #4-369
Chandler, AZ  85226

Zimmer US, Inc
14235 Collections Center Drive
Chicago, IL  60693

Advanced Biologics
2800 Roosevelt Street
Carlsbad, CA  92008

Arizona Board of Regents/
University of Arizona, College of
Medicine
550 E. Van Buren Street
Phoenix, AZ  85004

Zona Hotel & Suites Scottsdale
7677 E. Princess Boulevard
Scottsdale, AZ  85255

Patricia K. Smoots
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL  60601-1818

U.S. Arthroplasty Management LLC
1113 Woodlawn Avenue
Logansport, IN  46947

Aurora Behavioral Health System
6015 West Peoria Ave.
Glendale, AZ 85302

Peggy Upton
Litigation Specialist
GreatAmerica Financial Services
625 First Street SE, Suite 800
Cedar Rapids, IA  52401

Catholic Community Services of
Southern Arizona
140 W. Speedway, Suite 230
Tucson, AZ  85705

CBRE
Corporate Headquarters
400 S. Hope Street, 25th Floor
Los Angeles, CA 90071

Blue Cross/Blue Shield of Arizona
2480 W. Las Palmaritas Drive
Phoenix, AZ  85021

Valley Radiologists
5601 W. Eugie Ave
Glendale, AZ  85306

CS2, LLC
6901 S. Olympia Ave
Tulsa, OK 74132

CIGNA Healthcare Of Arizona
25500 N. Norterra Drive
Phoenix, AZ  85085

VertiFlex, Inc.
1351 Calle Avanzado
San Clemente, CA  92673

Injury Assistance
4515 E. McClintock Dr., Ste. 215
Tempe, AZ 85282

Triwest (Tricare/BCBS)
2480 W. Las Palmaritas Drive
Phoenix, AZ  85021

Fortified Provider Network, Inc.
8712 N. Via de Commercio
Scottsdale, AZ  85258

Mercy Care
4350 E. Cotton Center Boulevard
Phoenix, AZ  85040

Health Net of Arizona, Inc.
1230 W. Washington Street, #401
Tempe, AZ  85281

Integrated Health Plan, Inc.
800 King Farm Boulevard, Floor 3
Rockville, MD  20850

Sierra Health and Life Insurance
2720 N. Tenaya Way
Las Vegas, NV  89128

Tricare/UVMS
1311 W. Pres. George Bush Hwy
Richardson, TX  75080

Evercare Choice
Evercare Select
c/o United Health Group
9900 Bren Road East
Hopkins, MN  55343

Independent Medical Systems, Ltd.
8150 N. Central Expressway, #1700
Dallas, TX  75206

Focus Healthcare
c/o Coventry Healthcare
3535 East Valencia Road
Tucson, AZ  85706

AZ Attorney General Tom Horne
Office of the Attorney General
1275 West Washington Street
Phoenix, AZ  85007-2926

U.S. ATTORNEY GENERAL
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Gregory Wellins, Esq.
U.S. DEPT. OF HEALTH
 & HUMAN SERVICES
2901 N. Central Avenue, Suite 955
Phoenix, AZ  85012

Securities & Exchange Commission
Attn:  Bankruptcy Counsel
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-3684

CorCare Developer
3550 N. Central Ave., Suite 915
Phoenix, AZ  85012

National PPO Director
CorVel Corporation
9030 Stony Point Parkway, Ste. 470
Richmond, VA  23235

MultiPlan, Inc.
Attn: Mark Tabak, CEO
115 Fifth Avenue
New York, NY  10003-1004

PHOENIX 59512-1 189688v1