SO ORDERED.

Dated: January 6, 2015

Daniel P. Collins, Chief Bankruptcy Judge

courtdocs@dickinsonwright.com
Carolyn J. Johnsen (#011894)
**DICKINSON WRIGHT PLLC**
1850 N. Central Ave., Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100
cjjohnsen@dickinsonwright.com
Attorneys for the Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SURGICAL SPECIALTY HOSPITAL OF ARIZONA, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 2:13-bk-20029-DPC<br><br>**STIPULATED ORDER GRANTING RELIEF FROM STAY AND OTHER RELATED RELIEF** |

This matter comes before the Court pursuant to a stipulation entered into by Surgical Specialty Hospital (the "Debtor") and Tashiana Adams ("Plaintiff") regarding relief from the automatic stay imposed by 11 U.S.C. § 362 to permit Plaintiff to continue with a medical malpractice claim against the Debtor and other defendants in Maricopa County, Arizona Superior Court.

A medical malpractice lawsuit was filed on behalf of Plaintiff and against Debtor on or about July 16, 2013, and served on the Debtor on or about July 25, 2013 (the "Lawsuit"). The Lawsuit alleges claims against the Debtor that occurred prior to the Debtor's bankruptcy filing on November 19, 2013. The Debtor has represented that Debtor has professional liability coverage of $3 million per occurrence/$5 million

aggregate though Arch Specialty Insurance Company (policy number FLP 002709204) for Plaintiff's claims against Debtor in the Lawsuit. Based upon this representation, the parties have agreed that relief from the automatic stay may be granted so long as the Plaintiff is restricted to any recovery awarded in the Lawsuit to applicable insurance proceeds alone and not against the Debtor, the Debtor's Estate or the Reorganized Debtor in any Plan of Reorganization. Accordingly, the parties submit this Stipulated Order. Based on the parties' agreement and the record as a whole, the Court finds and concludes that: (i) the Motion has been properly noticed in accordance with all applicable statues and rules; (ii) the time for objecting to the Motion has expired and no objections have been filed; (iii) notice and opportunity to be heard complies with applicable law and rules under the circumstances; and (iv) there is cause to grant the relief as proposed in this Stipulated Order. Accordingly,

**IT IS HEREBY ORDERED** that any and all stays, including the automatic stay imposed by 11 U.S.C. § 362(a) are hereby modified, lifted, and terminated to allow Plaintiff to pursue the Lawsuit so long as Plaintiff is restricted to any recovery from applicable insurance proceeds. No determination in favor of Plaintiff, whether by verdict, settlement, or judgment may be satisfied from any of the assets of the Debtor, the Debtor's estate or the Reorganized Debtor in any plan of reorganization. This Stipulated Order is binding on the parties irrespective of the confirmation of any plan of reorganization.

**IT IS FURTHER ORDERED**, waiving and declaring inapplicable the ten-day stay provided under Rule 4001(a)(3), F.R. Bankr. P. and providing that the stay relief granted is immediately enforceable in all respects upon execution this Stipulated Order.

**SIGNED AND DATED ABOVE.**

**APPROVED AS TO FORM AND CONTENT:**

| BEALE, MICHEAELS, | DICKINSON WRIGHT PLLC |
| SLACK & SHUGHART, P.C. | |

By /s/ *John A. Micheaels*            By /s/ *Carolyn J. Johnsen*
   John A. Micheaels, Esq.                Carolyn J. Johnsen
   Attorneys for Plaintiff                  Attorneys for Debtor

PHOENIX 59512-1 188961v1